12668.  OCILLA SOUTHERN RAILROAD COMPANY *v.* PRICKETT.

JENKINS, P. J.  Under the evidence submitted, this court does not feel authorized to set aside the verdict and judgment on the general grounds of the motion for a new trial. See *Whitcomb* v. *Payne,* 27 *Ga. App.* 722 (109 S. E. 703). The portion of the charge complained of is in all

respects substantially the same as that approved by this court in *Ocilla Southern R. Co.* v. *McInvale*, 26 *Ga. App.* 106 (105 S. E. 451), and the exceptions taken to the charge in this case are controlled by the rulings made in that case.

*Judgment affirmed.    Stephens and Hill, JJ., concur.*
DECIDED MARCH 9, 1922.

Action for damages; from Ben Hill superior court — Judge Gower.   May 17, 1921.

*Wall & Grantham, Quincey & Rice,* for plaintiff in error.
*Eldridge Cutts, A. J. & J. C. McDonald,* contra.